UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN RE: LAUREN COOK

Debtor,

CHAPTER 13
CASE NO. 17-48858
JUDGE: OXHOLM

_____

<u>ORDER CONFIRMING PLAN</u>

The Debtor's Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. §1325(a) are met.

Therefore, IT IS HEREBY ORDERED that the Debtor's Chapter 13 plan, as last modified, if at all, is confirmed.

IT IS FURTHER ORDERED that the claim of attorney for the Debtor, for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $3,500.00 in fees and $-0- in expenses, and that the portion of such claim which has not already been paid, to-wit: $3,500.00 shall be paid by the Trustee as an administrative expense of this case. As set forth below.

IT IS FURTHER ORDERED that the Debtor shall maintain all policies of insurance on all property of the Debtor and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]

X The Chapter 13 Plan payment shall be increased to $226.33 per month effective December 11, 2017.

APPROVED                    Objections withdrawn:


Tammy L. Terry_____ _____ /s/ Marshall D. Schultz
TAMMY L. TERRY          For Creditor:          Marshall D. Schultz (P38040)
CHAPTER 13 TRUSTEE                             Attorney for Debtor
BUHL BUILDING                                  29777 Telegraph Road
535 GRISWOLD                                   Suite 2203
SUITE 2100                                     Southfield, MI 48034
DETROIT, MI 48226                              248-559-6930
313-967-9857                                   marshalld.schultz@gmail.com

**Signed on December 15, 2017**



/s/ Maria L. Oxholm
**Maria L. Oxholm**
**United States Bankruptcy Judge**