| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Lauren Cook |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Eastern District of Michigan |
| Case number | 17-48858-mlo |

Official Form 410S1

# Notice of Mortgage Payment Change 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Home Point Financial Corporation

**Court claim no.** (if known): 1-2

**Last 4 digits** of any number you use to identify the debtor's account: 8 3 1 6

**Date of payment change:**
Must be at least 21 days after date of this notice: 06/01/2022

*Payment will increase to $716.23 on 12/01/2022 as overage spread will have expired. Please review the attached Escrow Analysis for the overage calculation

**New total payment:** $ 715.96 *
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   - ☐ No
   - ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 233.04        New escrow payment: $ 236.90

### Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   - ☑ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%          New interest rate: _____%

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   - ☑ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
     (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____       New mortgage payment: $ _____

Debtor 1 __Lauren Cook__    Case number (if known) __17-48858-mlo__
First Name   Middle Name   Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Molly Slutsky Simons    Date 05/03/2022
Signature

Print: Molly Slutsky Simons    Title Attorney for Creditor
First Name   Middle Name   Last Name

Company: Sottile & Barile, Attorneys at Law

Address: 394 Wards Corner Road, Suite 180
Number  Street

Loveland    OH    45140
City    State    ZIP Code

Contact phone 513-444-4100    Email bankruptcy@sottileandbarile.com

REPRESENTATION OF PRINTED DOCUMENT



**homepoint**

PO BOX 619063 • DALLAS, TX 75261-9063

FOR RETURN SERVICE ONLY
PLEASE DO NOT SEND PAYMENTS
TO THIS ADDRESS

**ESCROW STATEMENT**

| | |
|---|---|
| Analysis Date: | April 18, 2022 |
| Loan Number: | |
| For Inquiries: | 800.686.2404 |
| Property Address: | 4459 LAUREL CLUB CIR APT |
| | WEST BLOOMFIELD MI 48323 |

LAUREN COOK
4459 LAUREL CLUB CIR APT 16
WEST BLOOMFIELD MI 48323-2903

TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED, DISMISSED OR IS SUBJECT TO AN AUTOMATIC STAY OF BANKRUPTCY ORDER UNDER TITLE 11 OF THE UNITED STATES CODE, THIS NOTICE IS FOR COMPLIANCE AND INFORMATION PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR ANY ATTEMPT TO COLLECT ANY SUCH OBLIGATION.

### Annual Escrow Account Disclosure Statement - Projections for Coming Year

The following is an overview of your escrow account with Home Point Financial Corporation. It contains a snapshot of the anticipated disbursements for the coming year and the history of escrow payments made on your behalf in the prior year. Any potential adjustments due to increases or decreases with your escrowed items may affect your monthly escrow payment. If your escrow payment increases, your monthly mortgage payment will also increase. If the escrow payment decreases, your mortgage payment will decrease.

| Payment Information | Current (from Last Analysis) | Effective 06/01/22 |
|---|---|---|
| Principal & Interest Pmt | $479.06 | $479.06 |
| Total Monthly Escrow Payment | $233.04 | $236.90 |
| Reserve Acct Pymt | $0.00 | $0.00 |
| HUD 235/265 Pymt (-) | $0.00 | $0.00 |
| Misc Acct Payment | $0.00 | $0.00 |
| **Total Payment** | **$712.10** | **$715.96** |

| Shortage/Surplus Information | Effective 06/01/22 |
|---|---|
| Upcoming Total Annual Bills | $2,846.13 |
| Required Cushion | $388.00 |
| Required Starting Balance | $1,358.04 |
| Over/Short Spread | ($0.27) |

**Cushion Calculation:** Because Home Point Financial does not set your tax amounts or insurance premiums, your escrow balance contains a cushion of $388.00. A cushion is an additional amount of funds held in your escrow in order to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Based upon federal or state regulations, if your escrow account is required to maintain a cushion, the minimum balance should not be below 1/6th or 1/12th of the anticipated payments from the account. If your escrow account is not required to maintain a cushion, a minimum balance is not required.

These are the escrow items we anticipate we will collect for or pay on your behalf in the upcoming 12 month period. The dollar amount shown may be the last amount actually paid for that item, or may project the next amount due.

| Date | Anticipated Payments To Escrow | Anticipated Payments From Escrow | Description | Escrow Balance Anticipated | Escrow Balance Required |
|---|---|---|---|---|---|
| | | | Starting Balance | $1,359.63 | $1,358.04 |
| JUN 2022 | $237.17 | $43.18 | PMI INSURANC | $1,553.62 | $1,552.03 |
| JUL 2022 | $237.17 | $43.18 | PMI INSURANC | $1,747.61 | $1,746.02 |
| AUG 2022 | $237.17 | $43.18 | PMI INSURANC | $1,941.60 | $1,940.01 |
| AUG 2022 | | $1,290.92 | TAXES | $650.68 | $649.09 |
| SEP 2022 | $237.17 | $43.18 | PMI INSURANC | $844.67 | $843.08 |
| SEP 2022 | | $346.00 | HO6/ADD POL | $498.67 | $497.08 |
| OCT 2022 | $237.17 | $43.18 | PMI INSURANC | $692.66 | $691.07 |
| NOV 2022 | $237.17 | $43.18 | PMI INSURANC | $886.65 | $885.06 |

*Intentionally Left Blank*

Home Point Financial Corporation
11511 Luna Road, Suite 200
Farmers Branch, TX 75234
800.686.2404

LAUREN COOK
4459 LAUREL CLUB CIR APT 16
WEST BLOOMFIELD MI 48323-2903

Property Address:
4459 LAUREL CLUB CIR APT
WEST BLOOMFIELD MI 48323

Analysis Date: April 18, 2022

| Date | Anticipated Payments To Escrow | Anticipated Payments From Escrow | Description | Escrow Balance Anticipated | Escrow Balance Required |
|---|---|---|---|---|---|
| DEC 2022 | $237.17 | $43.16 | PMI INSURANC | $1,080.64 | $1,079.05 |
| DEC 2022 | | $691.05 | TAXES | $389.59 | $388.00 |
| JAN 2023 | $237.17 | $43.16 | PMI INSURANC | $583.56 | $581.99 |
| FEB 2023 | $237.17 | $43.16 | PMI INSURANC | $777.57 | $775.98 |
| MAR 2023 | $237.17 | $43.16 | PMI INSURANC | $971.56 | $969.97 |
| APR 2023 | $237.17 | $43.16 | PMI INSURANC | $1,165.55 | $1,163.96 |
| MAY 2023 | $237.17 | $43.16 | PMI INSURANC | $1,359.54 | $1,357.95 |
| | $2,846.04 | $2,846.13 | | | |

## Annual Escrow Account Disclosure Statement
### Account History

* Because there was a recent analysis done on your account there is no account history at this time.

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|
| | | | | | Starting Balance | $0.00 | $0.00 |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your ending balance from the last month of the account history (escrow balance anticipated) is $1,359.63. Your starting balance (escrow balance required) according to this analysis should be $1,358.04. Please note that your remaining escrow shortage balance included in the Proof of Claim at bankruptcy filing is $0.00. This post-petition analysis shows a surplus of $1.59. If your surplus is less than $50.00 or you have a pre-petition escrow shortage, your surplus will not be returned to you as we have the additional option of keeping it and adjusting your monthly payments accordingly. We are keeping the surplus and lowering your monthly payments.

We anticipate the total of your coming year bills to be $2,846.13. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---|
| Unadjusted Escrow Payment: | $237.17 |
| Over/Short Spread: | ($0.27) |
| Escrow Payment: | $236.90 |


EQUAL HOUSING LENDER
NMLS# 7706

**If you are a New York resident or your property is in the state of New York,** and you desire to file a complaint about Home Point Financial, you may file with the New York State Department of Financial Services and may obtain further information from the New York State Department of Financial Services by calling the Department's Consumer Assistance Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov.

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# DETROIT DIVISION

| | |
|---|---|
| In Re: | Case No. 17-48858-mlo |
| Lauren Cook | Chapter 13 |
| Debtor. | Judge Maria L. Oxholm |

## PROOF OF SERVICE

The undersigned does hereby certify that a copy of the Notice of Mortgage Payment Change has been duly electronically serviced, noticed or mailed via U.S. First Class Mail, postage prepaid on May 3, 2022 to the following:

Lauren Cook, Debtor
4459 Laurel Club Circle #16
West Bloomfield, MI 48323

Marshall D. Schultz, Debtor's Counsel
marshalld.schultz@gmail.com

Tammy L. Terry, Trustee
mieb_ecfadmin@det13.net

United States Trustee's Office
(registeredaddress)@usdoj.gov

                                          Respectfully Submitted,

                                          /s/ Molly Slutsky Simons
                                          Molly Slutsky Simons (OH 0083702)
                                          Sottile & Barile, Attorneys at Law
                                          394 Wards Corner Road, Suite 180
                                          Loveland, OH 45140
                                          Phone: 513.444.4100
                                          Email: bankruptcy@sottileandbarile.com
                                          Attorney for Creditor